| | |
|---|---|
| 1 | CARRIE A. GONELL, State Bar No. 257163 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 5 Park Plaza, Suite 1750 |
| | Irvine, CA 92614 |
| 3 | Tel: 949.399.7000 |
| | Fax: 949.399.7001 |
| 4 | Email: cgonell@morganlewis.com |
| 5 | LAUREN S. KIM, State Bar No. 210572 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 6 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 7 | Palo Alto, CA 94306-2122 |
| | Tel: 650.843.4000 |
| 8 | Fax: 650.843.4001 |
| | Email: lkim@morganlewis.com |
| 9 | |
| | Attorney for Defendants |
| 10 | JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, |
| | N.A., and CHASE BANK USA, N.A. |
| 11 | |
| | PETER M. HART, State Bar No. 198691 |
| 12 | LAW OFFICES OF PETER M. HART |
| | 13952 Bora Bora Way, F-320 |
| 13 | Marina Del Rey, CA 90292 |
| | Tel: 310.478-5789 |
| 14 | Fax: 509.561.6441 |
| | Email: hartpeter@msn.com |
| 15 | |
| | *   Additional Plaintiff's Counsel Listed |
| 16 |     On Following Page |
| 17 | Attorneys for Plaintiff NICOLE VILLEGAS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE VILLEGAS, as an individual and on behalf of all others similarly situated, | Case No. CV 09-00261 SBA |
| Plaintiff, | CLASS ACTION |
| vs. | **JOINT STIPULATION AND ORDER CONTINUING MEDIATION DEADLINE FROM DECEMBER 18, 2009 TO MAY 18, 2010** |
| J.P. MORGAN CHASE & CO., a Delaware corporation; J.P. MORGAN CHASE BANK, N.A., a national association; CHASE BANK USA, N.A., a national association; and DOES 1 through 50, inclusive, | |
| Defendants. | Judge: Hon. Saundra Brown Armstrong<br>Room: 3, Third Floor<br>Complaint Filed: December 18, 2008 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/21451616.2

STIPULATION TO CONTINUE
MEDIATION DEADLINE
CASE NO. CV 09-00261 SBA

**ADDITIONAL PLAINTIFF'S COUNSEL**

KENNETH H. YOON State Bar No. 198443
LAW OFFICES OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE State Bar No. 228175
DIVERSITY LAW GROUP, A Professional Corporation
444 S. Flower Street
Citigroup Center • Suite 1370
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile
lwlee@diversitylaw.com

Attorneys for Plaintiff
NICOLE VILLEGAS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/21451616.2

1

STIPULATION TO CONTINUE
MEDIATION DEADLINE
CASE NO.  CV 09-00261 SBA

1   Plaintiff Nicole Villegas ("Plaintiff") and Defendants JPMorgan Chase Bank, N.A.,
2 JPMorgan Chase & Co., Chase Bank USA, N.A. (collectively, "Defendants"), by and through
3 their respective counsel of record named herein, hereby stipulate as follows:
4   WHEREAS, the current deadline to complete court-ordered mediation is December 18,
5 2009;
6   WHEREAS, on November 30, 2009, Defendants' counsel Lauren S. Kim emailed court-
7 appointed mediator James Nebel, the ADR Coordinator and Plaintiff's counsel alerting them to a
8 conflict she had with Mr. Nebel relating to one of her other matters.
9   WHEREAS, Mr. Nebel immediately recused himself as the court-appointed mediator in
10 this action;
11   WHEREAS, the ADR Coordinator has indicated that he will begin the process of
12 assigning a new mediator to this matter and directed the Parties to seek an extension of the
13 December 18, 2009 mediation deadline by filing this Stipulation and Order;
14   WHEREAS, the Parties have stipulated to a continuance of the deadline to complete
15 court-ordered mediation from December 18, 2009 to May 18, 2010 in order to secure the
16 appointment of a new mediator and resolve pending discovery issues;
17   WHEREAS, neither party has been or will be prejudiced by the continuation of the
18 deadline to complete court-ordered mediation from December 18, 2009 to May 18, 2010;
19   THEREFORE, the Parties, through their undersigned respective counsel, stipulate and
20 request that the Court hereby order that, good cause appearing, the deadline for the Parties to
21
22
23
24
25
26 //
27 //
28 //

Morgan, Lewis & Bockius LLP
Attorneys At Law
Irvine

DB2/21451616.2         2         STIPULATION TO CONTINUE
MEDIATION DEADLINE
CASE NO. CV 09-00261 SBA

participate in court-sponsored mediation is extended from December 18, 2009 to May 18, 2010.

Dated:  December 2, 2009                        Respectfully Submitted,

MORGAN, LEWIS & BOCKIUS LLP


By      /s/ Carrie A. Gonell
Carrie A. Gonell
Attorneys for Defendants
JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., AND CHASE BANK USA, N.A.

Dated:  December 2, 2009                        Respectfully Submitted,

LAW OFFICES OF PETER M. HART


By      /s/ Peter M. Hart
Peter M. Hart
Attorneys for Plaintiff
NICOLE VILLEGAS


## **ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the deadline for the Parties to participate in court-sponsored mediation is extended from December 18, 2009 to May 18, 2010.

IT IS SO ORDERED.

Date: 12/8/09

_____
The Honorable Saundra B. Armstrong
United States District Judge