1  CARRIE A. GONELL, State Bar No. 257163
   MORGAN, LEWIS & BOCKIUS LLP
2  5 Park Plaza, Suite 1750
   Irvine, CA 92614
3  Tel: 949.399.7000
   Fax: 949.399.7001
4  Email: cgonell@morganlewis.com

5  LAUREN S. KIM, State Bar No. 210572
   MORGAN, LEWIS & BOCKIUS LLP
6  2 Palo Alto Square
   3000 El Camino Real, Suite 700
7  Palo Alto, CA 94306-2122
   Tel: 650.843.4000
8  Fax: 650.843.4001
   Email: lkim@morganlewis.com
9
   Attorney for Defendants
10 JPMORGAN CHASE & CO., JPMORGAN CHASE BANK,
   N.A., and CHASE BANK USA, N.A.
11
   PETER M. HART, State Bar No. 198691
12 **LAW OFFICES OF PETER M. HART**
   13952 Bora Bora Way, F-320
13 Marina Del Rey, CA 90292
   Tel: 310.478-5789
14 Fax: 509.561.6441
   Email: hartpeter@msn.com
15
      *   Additional Plaintiff's Counsel Listed
16        On Following Page

17 Attorneys for Plaintiff NICOLE VILLEGAS

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20  NICOLE VILLEGAS, as an individual and on behalf of all others similarly situated, | Case No. CV 09-00261 SBA |
| 21 | CLASS ACTION |
| 22         Plaintiff, | **JOINT STIPULATION AND PROPOSED ORDER CONTINUING FEBRUARY 17, 2010 CROSS-BRIEFING DEADLINE AND FEBRUARY 24, 2010 HEARING DEADLINE** ; ORDER |
| 23     vs. | |
| 24  J.P. MORGAN CHASE & CO., a Delaware corporation; J.P. MORGAN CHASE BANK, N.A., a national association; CHASE BANK USA, N.A., a national association; and DOES 1 through 50, inclusive, | |
| 25 | Date:      February 24, 2010 |
| 26 | Time:      10:30 a.m. |
|  | Courtroom: C, 15th Floor |
|         Defendants. | Judge:     Mag. Judge Edward M. Chen |
| 27 | |
| 28 | Complaint Filed: December 18, 2008 |
|  | Trail Date:   None Set |

DB2/21544907.1

JOINT STIPULATION AND PROPOSED
ORDER CONTINUING CROSS-BRIEFING
CASE NO. -- CV 09-00261 SBA

1 | **ADDITIONAL PLAINTIFF'S COUNSEL**

2 | ERIC HONIG (State Bar No. 140765)
**LAW OFFICE OF ERIC HONIG**
3 | P.O. Box 10327
Marina del Rey, California 90295
4 | Telephone: (310) 314-2603
Facsimile: (310) 314-2793
5 | erichonig@aol.com

6 | KENNETH H. YOON State Bar No. 198443
**LAW OFFICES OF KENNETH H. YOON**
7 | One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
8 | (213) 612-0988
(213) 947-1211 facsimile
9 | kyoon@yoon-law.com

10 | LARRY W. LEE State Bar No. 228175
**DIVERSITY LAW GROUP, A Professional Corporation**
11 | 444 S. Flower Street
Citigroup Center • Suite 1370
12 | Los Angeles, California 90071
(213) 488-6555
13 | (213) 488-6554 facsimile
lwlee@diversitylaw.com
14 |
Attorneys for Plaintiff
15 | NICOLE VILLEGAS

16
17
18
19
20
21
22
23
24
25
26
27
28

1  Plaintiff Nicole Villegas ("Plaintiff") and Defendants JPMorgan Chase Bank, N.A.,
2 JPMorgan Chase & Co., Chase Bank USA, N.A. (collectively, "Defendants"), by and through
3 their respective counsel of record named herein, hereby stipulate as follows:
4  WHEREAS, in this Court's January 28, 2010 Order Granting In Part and Denying In Part
5 Plaintiff's Motion to Compel and Denying Plaintiff's Motion For Evidentiary and Preclusive
6 Sanctions (Docket No. 78 - attached as Exhibit A), this Court ordered:
7  (1) Defendants to produce certain types of documents by February 8, 2010;
8  (2) Both parties to file cross-briefs by February 17, 2010; and
9  (3) Scheduled a hearing on the cross-briefs on February 24, 2010;
10  WHEREAS, Defendants produced over 3,850 pages of documents in response to this
11 Court's January 28, 2010 Order on February 8, 2010;
12  WHEREAS, Defendants informed Plaintiff that due to the unanticipated sheer volume of
13 ordered documents (thousands of additional pages of documents) and the time required to process
14 them for production, Defendants were only able to produce a portion of the documents to Plaintiff
15 by February 8, 2010;
16  WHEREAS, Defendants have indicated to Plaintiff that they will be able to produce the
17 remainder of the ordered documents on a rolling basis to be completed by February 22, 2010;
18  THEREFORE, the Parties, through their undersigned respective counsel, stipulate and
19 request that the Court hereby order that, good cause appearing, the current briefing and hearing on
20 Plaintiff's Motion for an Order Compelling Further Responses to Plaintiff's Requests for
21 Production of Documents, Etc. (Docket No. 78) be continued as follows:
22
23
24
25
26 //
27 //
28 //

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Event | Old Deadlines | New Deadline |
|---|---|---|
| Defendants' Document Production | 2/8/2010 | ~~2/22/2010~~ 2/15/10 |
| Cross-Briefs | 2/17/2010 | ~~3/10/2010~~ 2/24/10 |
| Hearing on Cross-Briefs | 2/24/2010 at 10:30 am | 3/3/10 at 3:00 p.m. ~~3/17/2010 at 10:30 am~~ |

Dated: February 12, 2010

Respectfully Submitted,

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Carrie A. Gonell
Carrie A. Gonell
Attorneys for Defendants
JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., AND CHASE BANK USA, N.A.

Dated: February 12, 2010

Respectfully Submitted,

LAW OFFICES OF PETER M. HART

By  /s/ Peter M. Hart
Peter M. Hart
Attorneys for Plaintiff
NICOLE VILLEGAS

### ORDER

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE,

IT IS SO ORDERED.  (as modified above)

Date:  February 12, 2010
_____
Mag. Judge Edward M. Chen

*IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen*