| | |
|---|---|
| 1 | CARRIE A. GONELL, State Bar No. 257163 |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 5 Park Plaza, Suite 1750 |
|   | Irvine, CA 92614 |
| 3 | Tel: 949.399.7000 |
|   | Fax: 949.399.7001 |
| 4 | Email: cgonell@morganlewis.com |
| 5 | LAUREN S. KIM, State Bar No. 210572 |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 6 | 2 Palo Alto Square |
|   | 3000 El Camino Real, Suite 700 |
| 7 | Palo Alto, CA 94306-2122 |
|   | Tel: 650.843.4000 |
| 8 | Fax: 650.843.4001 |
|   | Email: lkim@morganlewis.com |
| 9 | |
|   | Attorney for Defendants |
| 10 | JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, |
|   | N.A., and CHASE BANK USA, N.A. |
| 11 | |
|   | PETER M. HART, State Bar No. 198691 |
| 12 | **LAW OFFICES OF PETER M. HART** |
|   | 13952 Bora Bora Way, F-320 |
| 13 | Marina Del Rey, CA 90292 |
|   | Tel: 310.478-5789 |
| 14 | Fax: 509.561.6441 |
|   | Email: hartpeter@msn.com |
| 15 | |
|   | *   Additional Plaintiff's Counsel Listed |
| 16 |     On Following Page |
| 17 | Attorneys for Plaintiff NICOLE VILLEGAS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE VILLEGAS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; J.P. MORGAN CHASE BANK, N.A., a national association; CHASE BANK USA, N.A., a national association; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 09-00261 SBA<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND ORDER CONTINUING PRE-TRIAL AND TRIAL DATE AND ANY ASSOCIATED DATES FOR FILING OF CLASS CERTIFICATION MOTION**<br><br>Judge: Hon. Saundra Brown Armstrong<br>Room: 3, Third Floor<br>Complaint Filed: December 18, 2008 |

DB2/21581299.1

STIPULATION TO CONTINUE PRE-TRIAL
AND TRIAL DATE
CASE NO. -- CV 09-00261 SBA

**ADDITIONAL PLAINTIFF'S COUNSEL**

ERIC HONIG (State Bar No. 140765)
**LAW OFFICE OF ERIC HONIG**
P.O. Box 10327
Marina del Rey, California 90295
Telephone: (310) 314-2603
Facsimile: (310) 314-2793
erichonig@aol.com

KENNETH H. YOON State Bar No. 198443
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE State Bar No. 228175
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street
Citigroup Center • Suite 1370
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile
lwlee@diversitylaw.com

Attorneys for Plaintiff
NICOLE VILLEGAS

1   Plaintiff Nicole Villegas ("Plaintiff") and Defendants JPMorgan Chase Bank, N.A.,
2 JPMorgan Chase & Co., Chase Bank USA, N.A. (collectively, "Defendants"), by and through
3 their respective counsel of record named herein, hereby stipulate as follows:
4   WHEREAS, after the April 29, 2009 Case Management Conference, this Court set a
5 number of case deadlines in this matter;
6   WHEREAS, the Parties have sought to continue the mediation in this matter due to
7 conflicts with the past court-appointed mediators so that the Parties may have sufficient time to
8 coordinate with a new court-appointed mediator;
9   WHEREAS, on July 17, 2009 Plaintiff filed a motion to compel further responses to
10 Interrogatories served on Defendants and to compel further responses and the production of
11 further documents by Defendants;
12   WHEREAS, the above discovery disputes were heard by Magistrate Judge Chen on
13 September 2, 2009 and on October 7, 2009, with continued briefing ordered;
14   WHEREAS, on December 2, 2009, Plaintiff filed further briefing papers on the above
15 discovery issues as ordered by Magistrate Judge Chen and the Court held a further hearing on
16 these discovery issues on January 27, 2010;
17   WHEREAS, after the January 27, 2010 hearing, Magistrate Judge Chen issued certain
18 limited discovery orders, ordered additional briefing from both parties, and also set a further
19 hearing date for March 3, 2010;
20   WHEREAS, due to the extended briefing of the discovery disputes and due to the recently
21 discovered conflict with the court-appointed mediator the Parties seek to continue for a period of
22 approximately six months the dates currently set by the Court, including the Pre-Trial date and
23 the attending Trial Date, and any attending deadline to file a motion for class certification;
24   WHEREAS, the Parties believe that such a continuance is needed to allow discovery to
25 take place in a timely fashion and, after such discovery has taken place, to allow the Parties to
26 properly mediate this case in an informed manner in the hopes of resolving this matter without a
27 need for trial on these claims;
28   THEREFORE, the Parties, through their undersigned respective counsel, stipulate and

1  request that the Court hereby order that, good cause appearing, the current dates in the Case
2  Management Order be continued as follows:

| Event | Old Deadlines | New Deadline |
|---|---|---|
| General Discovery Cut-off | 7/6/2010 | 1/7/2011 |
| Expert Discovery Cut-off | 8/6/2010 | 2/9/2011 |
| Plaintiff to Name Experts by | 7/6/2010 | 1/7/2011 |
| Defendant to Name Experts by | 7/6/2010 | 1/7/2011 |
| All Dispositive Motion to be heard by (Motion Cut-off) | 8/10/2010 | 2/15/2011 |
| Pretrial Conference at 1:00 p.m. | 9/21/2010 | 4/5/2011 |
| Pretrial Papers Due | 8/31/2010 | 3/8/2011 |
| Motions in limine/objections to evidence due | 9/7/2010 | 3/15/2011 |
| Responses to motions in limine and/or responses to objections to evidence due | 9/14/2010 | 3/22/2011 |
| Reply to responses to motions in limine  **3/29/2011** | | |
| Trial (Court/Jury: 15-20 days) at 8:30 a.m. | 10/4/2010 | 4/11/2011 |

Dated: March 3, 2010                  Respectfully Submitted,

MORGAN, LEWIS & BOCKIUS LLP


By   /s/ Carrie A. Gonell
     Carrie A. Gonell
     Attorneys for Defendants
     JPMORGAN CHASE & CO., JPMORGAN
     CHASE BANK, N.A., AND CHASE
     BANK USA, N.A.

1 | Dated: March 3, 2010                     Respectfully Submitted,

2 |                                          LAW OFFICES OF PETER M. HART

3 |

4 |                                          By      /s/ Peter M. Hart
                                             Peter M. Hart
5 |                                          Attorneys for Plaintiff
                                             NICOLE VILLEGAS
6 |

7 |

8 |                              **ORDER**

9 |   The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE,

10 |   IT IS SO ORDERED.

11 |

12 | Date: 3/8/10                             _____
                                              The Honorable Saundra B. Armstrong
13 |                                          United States District Judge

---

DB2/21581299.1                     4                    STIPULATION TO CONTINUE PRE-TRIAL
                                                        AND TRIAL DATE
                                                        CASE NO. -- CV 09-00261 SBA