1  CARRIE A. GONELL, State Bar No. 257163
   MORGAN, LEWIS & BOCKIUS LLP
2  5 Park Plaza, Suite 1750
   Irvine, CA 92614
3  Tel: 949.399.7000
   Fax: 949.399.7001
4  Email: cgonell@morganlewis.com

5  LAUREN S. KIM, State Bar No. 210572
   MORGAN, LEWIS & BOCKIUS LLP
6  2 Palo Alto Square
   3000 El Camino Real, Suite 700
7  Palo Alto, CA 94306-2122
   Tel: 650.843.4000
8  Fax: 650.843.4001
   Email: lkim@morganlewis.com
9
   Attorney for Defendants
10 JPMORGAN CHASE & CO., JPMORGAN CHASE BANK,
   N.A., and CHASE BANK USA, N.A.
11
   PETER M. HART, State Bar No. 198691
12 LAW OFFICES OF PETER M. HART
   13952 Bora Bora Way, F-320
13 Marina Del Rey, California 90292
   Telephone: (310) 478-5789
14 Facsimile: (509) 561-6441
   hartpeter@msn.com
15
   *   Additional Plaintiff's Counsel Listed
16      On Following Page

17 Attorneys for Plaintiff NICOLE VILLEGAS

18                 UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE VILLEGAS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; J.P. MORGAN CHASE BANK, N.A., a national association; CHASE BANK USA, N.A., a national association; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 09-00261 SBA<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND ORDER CONTINUING MEDIATION DEADLINE FROM MAY 18, 2010 TO DECEMBER 18, 2010**<br><br><br>Judge: Hon. Saundra Brown Armstrong<br>Room: 3, Third Floor<br>Complaint Filed: December 18, 2008 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/21675152.1

STIPULATION TO CONTINUE
MEDIATION DEADLINE
CASE NO. CV 09-00261 SBA

**ADDITIONAL PLAINTIFF'S COUNSEL**

ERIC HONIG, State Bar No. 140765
LAW OFFICE OF ERIC HONIG
P.O. Box 10327
Marina del Rey, California 90295
Telephone: (310) 314-2603
Facsimile: (310) 314-2793
erichonig@aol.com

KENNETH H. YOON, State Bar No. 198443
LAW OFFICES OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211
kyoon@yoon-law.com

LARRY W. LEE, State Bar No. 228175
DIVERSITY LAW GROUP, A Professional Corporation
444 S. Flower Street
Citigroup Center • Suite 1370
Los Angeles, California 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554
lwlee@diversitylaw.com

Attorneys for Plaintiff
NICOLE VILLEGAS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/21675152.2

1

STIPULATION TO CONTINUE
MEDIATION DEADLINE
CASE NO. CV 09-00261 SBA

Plaintiff Nicole Villegas ("Plaintiff") and Defendants JPMorgan Chase Bank, N.A., JPMorgan Chase & Co., Chase Bank USA, N.A. (collectively, "Defendants"), by and through their respective counsel of record named herein, hereby stipulate as follows:

WHEREAS, the current deadline to complete court-ordered mediation is May 18, 2010;

WHEREAS, the parties have been continuously appearing before Magistrate Judge Chen since July 2009 in order to resolve the parties' discovery disputes;

WHEREAS, the parties are still heavily engaged in the discovery process;

WHEREAS, the discovery cut-off deadline in this case is January 7, 2011;

WHEREAS, neither party has been or will be prejudiced by the continuation of the deadline to complete court-ordered mediation from May 18, 2010 to December 18, 2010;

WHEREAS, Plaintiff believes that it would be more productive for the Parties to retain an experienced and well-known class action mediator such as David Rotman with a specific reserved date and stipulate to extend the mediation deadline to after that reserved date;

WHEREAS, Plaintiff is nonetheless agreeable to stipulate to extend the deadline for court-sponsored mediation as they have been asked by Defendant to so stipulate;

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/21675152.1

2

STIPULATION TO CONTINUE
MEDIATION DEADLINE
CASE NO. CV 09-00261 SBA

THEREFORE, the Parties, through their undersigned respective counsel, stipulate and request that the Court hereby order that, good cause appearing, the deadline for the parties to participate in court-sponsored mediation is extended from May 18, 2010 to December 18, 2010.

Dated: May 3, 2010　　　　　　　　　　　Respectfully Submitted,

MORGAN, LEWIS & BOCKIUS LLP

By    /s/ Carrie A. Gonell
Carrie A. Gonell
Attorneys for Defendants
JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., AND CHASE BANK USA, N.A.

Dated: May 3, 2010　　　　　　　　　　　Respectfully Submitted,

LAW OFFICES OF PETER M. HART

By    /s/ Peter M. Hart
Peter M. Hart
Attorneys for Plaintiff
NICOLE VILLEGAS

## ORDER

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the deadline for the Parties to participate in court-sponsored mediation is extended from May 18, 2010 to December 18, 2010.

IT IS SO ORDERED.

Date: 5/17/10

_Saundra B. Armstrong_
The Honorable Saundra B. Armstrong
United States District Judge