PETER M. HART, Esq. (State Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

KENNETH H. YOON (State Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE (State Bar. No. 228175)
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street, Suite 1370
Los Angeles, CA 90071
(213) 488 – 6555
(213) 488 – 6554 facsimile
lwlee@diversitylaw.com

ERIC S. HONIG, Esq. (State Bar No. 140765)
**LAW OFFICES OF ERIC HONIG**
P.O. Box 10327
Marina Del Rey, California 90295
Telephone:  (310) 314-2603
Facsimile:  (509) 561-6441
erichonig@aol.com

Attorneys for Plaintiff Nicole Villegas

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE VILLEGAS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; JPMORGAN CHASE BANK, N.A., a national association; CHASE BANK USA, N.A., a national association; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  CV 09-00261 SBA(EMC)<br><br>**[P~~RO~~POSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE FOR (1) PLAINTIFF'S MOTION TO ENFORCE THIS COURT'S MARCH 26, 2010 ORDER AND (2) PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS FOR FAILURE TO COMPLY WITH THIS COURT'S MARCH 26, 2010 ORDER** |

**ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE,

IT IS SO ORDERED that the hearing date for Plaintiff's Motions currently set for September 15, 2010 be continued until October 13, 2010 ~~or~~ __at 10:30 a.m.__.

IT IS FURTHER ORDERED that Defendants shall file their oppositions on or before September 22, 2010 ~~or~~ _____.

IT IS FURTHER ORDERED that Plaintiff shall file her replies on or before ~~October 7, 2010 or~~ __September 29,__ 2010.

DATED: __August 20, 2010__    _____
The Honorable Edward M. Chen
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

– 2 –

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE**
CV 09-00261 SBA(EMC)

DB2/21879865.1