1  CARRIE A. GONELL, State Bar No. 257163
   MORGAN, LEWIS & BOCKIUS LLP
2  5 Park Plaza, Suite 1750
   Irvine, CA 92614
3  Tel:  949.399.7000
   Fax:  949.399.7001
4  Email: cgonell@morganlewis.com

5  LAUREN S. KIM, State Bar No. 210572
   MORGAN, LEWIS & BOCKIUS LLP
6  2 Palo Alto Square
   3000 El Camino Real, Suite 700
7  Palo Alto,  CA  94306-2122
   Tel:  650.843.4000
8  Fax:  650.843.4001
   Email: lkim@morganlewis.com
9
   Attorney for Defendants
10 JPMORGAN CHASE & CO., JPMORGAN CHASE BANK,
   N.A., and CHASE BANK USA, N.A.
11
   PETER M. HART, State Bar No. 198691
12 LAW OFFICES OF PETER M. HART
   13952 Bora Bora Way, F-320
13 Marina Del Rey, California 90292
   Telephone:  (310) 478-5789
14 Facsimile:  (509) 561-6441
   hartpeter@msn.com
15
16     *   Additional Plaintiff's Counsel Listed
           On Following Page
17
   Attorneys for Plaintiff NICOLE VILLEGAS
18
                UNITED STATES DISTRICT COURT
19
                NORTHERN DISTRICT OF CALIFORNIA
20
   NICOLE VILLEGAS, as an individual and on        Case No.  CV 09-00261 SBA (MEJ)
21 behalf of all others similarly situated,
                                                   CLASS ACTION
22                   Plaintiff,
                                                   JOINT STIPULATION CONTINUING
23        vs.                                      SETTLEMENT CONFERENCE FROM
                                                   SEPTEMBER 3, 2010 TO NOVEMBER 16,
24 J.P. MORGAN CHASE & CO., a Delaware             2010
   corporation; J.P. MORGAN CHASE BANK,
25 N.A., a national association; CHASE BANK
   USA, N.A., a national association; and DOES     Chief Magistrate Judge Maria-Elena James
26 1 through 50, inclusive,
                                                   Complaint Filed:  December 18, 2008
27                   Defendants.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/21888015.1

1

**ADDITIONAL PLAINTIFF'S COUNSEL**

2 ERIC HONIG, State Bar No. 140765
LAW OFFICE OF ERIC HONIG
3 P.O. Box 10327
Marina del Rey, California 90295
4 Telephone:  (310) 314-2603
Facsimile:  (310) 314-2793
5 erichonig@aol.com

6 KENNETH H. YOON, State Bar No. 198443
LAW OFFICES OF KENNETH H. YOON
7 One Wilshire Blvd., Suite 2200
Los Angeles, California 90017
8 Telephone:  (213) 612-0988
Facsimile:  (213) 947-1211
9 kyoon@yoon-law.com

10 LARRY W. LEE, State Bar No. 228175
DIVERSITY LAW GROUP, A Professional Corporation
11 444 S. Flower Street
Citigroup Center • Suite 1370
12 Los Angeles, California 90071
Telephone:  (213) 488-6555
13 Facsimile:  (213) 488-6554
lwlee@diversitylaw.com

14

Attorneys for Plaintiff
15 NICOLE VILLEGAS

16

17

18

19

20

21

22

23

24

25

26

27

28

DB2/21888015.1

1

STIPULATION TO CONTINUE
SETTLEMENT CONFERENCE
CASE NO.  CV 09-00261 SBA

1    Plaintiff Nicole Villegas ("Plaintiff") and Defendants JPMorgan Chase Bank, N.A.,

2    JPMorgan Chase & Co., Chase Bank USA, N.A. (collectively, "Defendants"), by and through

3    their respective counsel of record named herein, hereby stipulate as follows:

4    WHEREAS, the Settlement Conference in this matter is currently scheduled for

5    September 3, 2010 at 10:00 a.m.;

6    WHEREAS, Plaintiff has proposed that the parties participate in a private mediation;

7    WHEREAS, Defendants are currently considering Plaintiff's proposal of private

8    mediation;

9    WHEREAS, Plaintiff seeks to also complete the 30(b)(6) depositions previously noticed

10   prior to the next settlement conference or private mediation;

11   THEREFORE, the Parties, through their undersigned respective counsel, stipulate and

12   request that the Court hereby order that, good cause appearing, the Settlement Conference

13   currently scheduled for September 3, 2010 at 10:00 a.m. be continued to **November 16, 2010 at**

14   **10:00 a.m**.

15   Dated:  August 27, 2010                     Respectfully Submitted,

16                                                MORGAN, LEWIS & BOCKIUS LLP

17

18                                               By    /s/ Carrie A. Gonell
                                                        _____
19                                                      Carrie A. Gonell
                                                        Attorneys for Defendants
20                                                      JPMORGAN CHASE & CO., JPMORGAN
                                                        CHASE BANK, N.A., AND CHASE
21                                                      BANK USA, N.A.

22   Dated:  August 27, 2010                     Respectfully Submitted,

23                                                LAW OFFICES OF PETER M. HART

24

25                                               By    /s/ Peter M. Hart
                                                        _____
26                                                      Peter M. Hart
                                                        Attorneys for Plaintiff
27                                                      NICOLE VILLEGAS

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/21888015.1                           2                STIPULATION TO CONTINUE
                                                          SETTLEMENT CONFERENCE
                                                          CASE NO.  CV 09-00261 SBA