PETER M. HART, Esq. (State Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

KENNETH H. YOON (State Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE (State Bar. No. 228175)
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street, Suite 1370
Los Angeles, CA 90071
(213) 488 – 6555
(213) 488 – 6554 facsimile
lwlee@diversitylaw.com

ERIC S. HONIG, Esq. (State Bar No. 140765)
**LAW OFFICES OF ERIC HONIG**
P.O. Box 10327
Marina Del Rey, California 90295
Telephone:  (310) 314-2603
Facsimile:  (509) 561-6441
erichonig@aol.com

Attorneys for Plaintiff Nicole Villegas

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE VILLEGAS, as an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; JPMORGAN CHASE BANK, N.A., a national association; CHASE BANK USA, N.A., a national association; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.:  CV 09-00261 SBA(EMC)<br><br>**ORDER GRANTING JOINT AMENDED STIPULATION TO CONTINUE DEADLINES AND PRETRIAL PREPARATION** |

- 1 –

**[PROPOSED] ORDER GRANTING JOINT AMENDED STIPULATION TO CONTINUE
DEADLINES AND PRETRIAL PREPARATION**
CV 09-00261 SBA(EMC)

## ORDER

Pursuant to Rule 16(e) of the Federal Rules of Civil Procedure ("FRCP"), IT IS HEREBY ORDERED AS FOLLOWS:

### A. DEADLINE FOR JOINDER OF PARTIES/AMENDING THE PLEADINGS

The deadline for the joinder of other parties and to amend the pleadings is May 5, 2011. Any requests to join other parties or amend the pleadings are subject to applicable Federal Rules of Civil Procedure and Local Rules.

### B. DISCOVERY CUT-OFF

All discovery, except for expert discovery, shall be completed and all depositions taken on or before July 5, 2011. The parties are responsible for scheduling discovery so that motions to resolve discovery disputes can be heard before the above discovery cut-off.

### C. EXPERT DESIGNATION AND DISCOVERY

Plaintiff shall designate any experts by October 11, 2011; Defendants by October 11, 2011; rebuttal disclosure by November 10, 2011. Any expert not so named may be disallowed as a witness. No expert will be permitted to testify to any opinion, or basis or support for an opinion, that has not been disclosed in response to an appropriate question or interrogatory from the opposing party. Expert discovery shall be completed by December 9, 2011.

### D. MOTION CUT-OFF

All dispositive motions shall be *heard* on or before September 20, 2011, at 1:00 p.m. The parties must meet and confer *prior* to filing any motion. The movant shall certify to the Court in its moving papers that it has complied with this requirement. Should the parties fail to meet and confer, the Court may decline to entertain the motion.

**THIS COURT DOES NOT RESERVE MOTION HEARING DATES.** The parties are advised to check Judge Armstrong's calendar at www.cand.uscourts.gov, under Scheduling Information to determine the next available hearing date, particularly in the case of a dispositive motion. The parties are advised *not* to wait until 35 days prior to the law and motion cut-off date to file and serve their motion. As the Court's law and motion calendar tends to fill quickly, there is *no*

- 2 –

**[PROPOSED] ORDER GRANTING JOINT AMENDED STIPULATION TO CONTINUE DEADLINES AND PRETRIAL PREPARATION**
CV 09-00261 SBA(EMC)

guarantee that a hearing date within the law and motion cut-off date will be available.  You MUST submit a hard copy of all motion papers filed in E-FILED cases in order to be placed on calendar.

Pursuant to Civil Local Rule 7-1, 7-2, and 7-3, all civil motions shall be noticed for a hearing not less than thirty-five (35) calendar days after service.  The opposition and supporting papers shall be filed not less than twenty-one (21) days before the noticed hearing date.  The reply shall be filed not less than fourteen (14) days before the hearing date.  Documents not filed in compliance with these time specifications will not be considered by the Court.

The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute a consent to the granting of the motion.

The parties are not required to file a statement of undisputed facts in connection with a motion for summary judgment.  However, if the parties desire to file a statement of undisputed facts, only <u>one</u> <u>joint</u> statement of undisputed facts signed by <u>all</u> <u>parties</u>, shall be filed.  All separate statements will be stricken.  If the parties are unable to agree that a fact is undisputed, they should assume that fact is in dispute.

Note that pursuant to Civil L.R. 7-1(b), the Court may, in its discretion, adjudicate motions *without* oral argument.

### E.   MANDATORY SETTLEMENT CONFERENCE DEADLINE

All parties are ordered to participate in a mandatory settlement conference during the following time period:  <u>October 2011</u>.

### F.   PRETRIAL CONFERENCE

All Counsel who will try the case shall appear for a pretrial conference in Courtroom 1 on <u>December 13, 2011</u> at 1:00 p.m.  All Counsel shall be fully prepared to discuss all aspects of the trial.  Failure to file the requisite pretrial documents in advance of the pretrial conference may result in vacation of the pretrial conference and/or the imposition of sanctions.  ***ALL PARTIES WITH SETTLEMENT AUTHORITY ARE REQUIRED TO ATTEND THE PRETRIAL CONFERENCE.***

### G.   PRETRIAL PREPARATION DUE NOVEMBER 15, 2011

- 3 –

**[PROPOSED] ORDER GRANTING JOINT AMENDED STIPULATION TO CONTINUE DEADLINES AND PRETRIAL PREPARATION**
CV 09-00261 SBA(EMC)

1. Not less than *thirty-five (35) calendar days* prior to the pretrial conference, Counsel shall meet and confer in good faith in advance of complying with the following pretrial requirements in order to clarify and narrow the issues for trial, arrive at stipulations of facts, simplify and shorten the presentation of proof at trial, and explore possible settlement. In addition, Counsel shall meet and confer regarding anticipated motions in limine, objections to evidence, jury instructions, and any other matter which may require resolution by the Court.

2. The following matters shall be accomplished no later than *twenty-eight (28) calendar days* prior to the pretrial conference:

    a. **Joint Pretrial Statement**

        Counsel are required to file a pretrial conference statement containing the following information:

        i. **The Action**

           **(A)** **Substance of the Action.** A brief description of the substance of claims and defenses which remain to be decided.

           **(B)** **Relief Prayed.** A detailed statement of all the relief claimed, particularly itemizing all elements of damages claimed as well as witnesses, documents or other evidentiary material to be presented concerning the amount of those damages.

        ii. **The Factual Basis of the Action**

           **(A)** **Undisputed Facts.** A plain an concise statement of all relevant facts not reasonably disputable, as well as which facts parties will stipulate for incorporation into the trial record without the necessity of supporting testimony or exhibits.

           **(B)** **Disputed Factual Issues.** A plain and concise statement of all disputed factual issues which remain to be decided.

           **(C)** **Agreed Statement.** A statement assessing whether all or part of the action may be presented upon an agreed statement of facts.

           **(D)** **Stipulations.** A statement of stipulations requests or proposed for pretrial or trial purposes.

- 4 –

**[PROPOSED] ORDER GRANTING JOINT AMENDED STIPULATION TO CONTINUE DEADLINES AND PRETRIAL PREPARATION**
CV 09-00261 SBA(EMC)

iii. **DISPUTED LEGAL ISSUES**

**(A)** **Points of Law.** Without extended legal argument, a concise statement of each disputed point of law concerning liability or relief, citing supporting statutes and decisions. Unless otherwise ordered, parties should cite to briefs served and lodged setting forth briefly the nature of each party's contentions concerning each disputed point of law, including procedural and evidentiary issues.

**(B)** **Proposed Conclusions of law.** If the case is to be tried without jury, unless otherwise ordered, parties should briefly indicate objections to proposed conclusions of law lodged with this Court.

b. **Trial Briefs**

Each party shall serve and file a trial brief which shall briefly state their contentions, the relevant facts to be proven at trial, and the law on the issues material to the decision.

c. **Findings of Fact**

In non-jury cases, each party shall serve and lodge with the Court proposed findings of fact and conclusions of law on all material issues. Findings shall be brief, clear, written in plain English and free of pejorative language, and argument.

d. **Witnesses**

Each party shall serve and file with the Court a list of all persons who may be called as witnesses. The list shall include a summary of the substance of each witness' proposed testimony. (Civil L.R. 16-15(4)(A))

e. **Designation of Discovery Excerpts**

Each party expecting to use discovery excerpts as part of its case in chief shall serve and lodge with the Court a statement identifying (1) by witness and page and line, all deposition testimony and (2) by lodged excerpt, all interrogatory answers and request for admissions to be used as part of its direct case. Each interrogatory answer intended to be offered as an exhibit shall be copied separately and marked as an exhibit. The original of any deposition to be used at trial must be produced at the time of trial, as well as a copy for the Court. Counsel shall indicate any

- 5 –

objections to the use of these materials and advise the Court that counsel has conferred respecting such objections.

f. **Jury Instructions**

The parties shall file a joint set of proposed jury instructions as to those instructions on which the parties have reached agreement. As to any disputed instructions, each party shall separately submit its "proposed" instruction(s) supported by a memorandum setting forth the authority for its use. Responses or objections to any "proposed" jury instruction shall be filed no later than the date of the pretrial conference. All instructions shall be written in plain English which is comprehensible to jurors, concise and free of argument, and shall be organized in a logical fashion so as to aid jury comprehension, and are also to be provided on a CD in a word format. The Court's practice is to utilize, whenever possible, instructions found in the Ninth Circuit Manual of Model Jury Instructions.

g. **Jury Voir Dire and Verdict Forms**

Each party shall submit proposed questions for jury voir dire and a proposed form of verdict.

h. **Exhibits**

Each party shall provide every other party one set of all exhibits, charts, schedules, summaries and diagrams and other similar documentary materials to be used at the trial together with a complete list of all such exhibits. The Court requires one original version of exhibits (as described above) for the Clerk and two copies (one for the Bench and one for the witness stand). All such versions of the exhibits, including the originals, should be indexed into a binder for easy and quick reference by all parties. The first page of each binder should have a copy of the exhibit list (see attached) appropriately completed with each exhibit description and its designated number. Plaintiffs shall refer to their exhibits numerically and Defendants shall label theirs alphabetically. Exhibit labels are also attached for your convenience. Exhibits should be brought to Court on the first day of trial.

- 6 –

**[PROPOSED] ORDER GRANTING JOINT AMENDED STIPULATION TO CONTINUE DEADLINES AND PRETRIAL PREPARATION**
CV 09-00261 SBA(EMC)

3.   The following matters shall be accomplished no later than *twenty-one (21) calendar days* prior to the pretrial conference:  **Motions in Limine and Objections to Evidence due:** November 22, 2011.

4.   Responses to motions in limine or objections to evidence shall be filed and served no less than *fourteen (14) calendar days* prior to the pretrial conference due:  November 29, 2011.

5.   Replies to motions in limine or objections to evidence shall be filed and served no less than *seven (7) calendar days* prior to the pretrial conference due:  December 6, 2011.

**NOTE:**   All motions in limine submitted by each party shall be set forth *in a single memorandum,* not to exceed fifteen (15) pages in length.  Responses to the motions in limine shall be set forth in a simgle memorandum, not to exceed fifteen (15) pages in length.  Reply briefs shall not exceed ten (10) pages.  No motions in limine will be considered unless the parties certify that they met and conferred prior to the filing of such motion.  Any request to exceed the page limit must be submitted prior to the deadline for these briefs and must be supported by a showing of good cause, along with the certification that the applicant has net and conferred with the opposing party.

### H.  TRIAL DATE

Trial before a Jury will begin on January 9, 2012, at 8:30 a.m., or as soon thereafter as the Court may designate, with an estimated trial length of 15 to 20 days. The parties are advised that they must be prepared to go to trial on a trailing basis.  The trial will take place in Courtroom 1 of the United States Courthouse, 1301 Clay Street, 4th Floor, Oakland, California, 94612. The Court's trial hours are from 8:30 a.m. to 2:00 p.m., with two fifteen-minute breaks, on Monday, Wednesday, Thursday and Friday. *On the first day of trial all parties are required to have someone in Court with full Settlement Authority.*

### I.  TRANSCRIPTS

If transcripts will be requested during or immediately after the trial, arrangements must be made with the Court Reporter Coordinator (Telephone No. 510-637-3534) at least one week prior to the commencement of trial commences.

- 7 –

**[PROPOSED] ORDER GRANTING JOINT AMENDED STIPULATION TO CONTINUE DEADLINES AND PRETRIAL PREPARATION**
CV 09-00261 SBA(EMC)

### J. **STATUS AND DISCOVERY CONFERENCES**

Any party desiring to confer with the Court may, upon notice to all other parties, arrange a conference through the courtroom deputy (Telephone No. 510-637-3541). Conferences may be conducted telephonically, upon request (preferably in writing).

### K. **SANCTIONS**

Failure to comply with this order may result in the imposition of sanctions pursuant to FRCP 16(f).

IT IS SO ORDERED.

DATED: 12/13/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

- 8 –

**[PROPOSED] ORDER GRANTING JOINT AMENDED STIPULATION TO CONTINUE DEADLINES AND PRETRIAL PREPARATION**
CV 09-00261 SBA(EMC)