1 | CARRIE A. GONELL (State Bar No. 257163)
MORGAN, LEWIS & BOCKIUS LLP
2 | 5 Park Plaza, Suite 1750
Irvine, California 92614
3 | Telephone: (949) 399-7000
Facsimile: (949) 399-7001
4 | cgonell@morganlewis.com

5 | LAUREN S. KIM (State Bar No. 210572)
MORGAN, LEWIS & BOCKIUS LLP
6 | 2 Palo Alto Square
3000 El Camino Real, Suite 700
7 | Palo Alto, California 94306
Telephone: (650) 843-4000
8 | Facsimile: (650) 843-4001
lkim@morganlewis.com

Attorneys for Defendants
JPMORGAN CHASE & CO., JPMORGAN CHASE BANK,
N.A., and CHASE BANK USA, N.A.

PETER M. HART, (State Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

Attorney for Plaintiff Nicole Villegas
(Additional Plaintiff's Counsel Listed on Following Page)

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE VILLEGAS, as an individual and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>  vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; JPMORGAN CHASE BANK, N.A., a national association; CHASE BANK USA, N.A., a national association; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: CV 09-00261 SBA(EMC)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

**ADDITIONAL PLAINTIFF'S COUNSEL**

KENNETH H. YOON (State Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE (State Bar. No. 228175)
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street, Suite 1370
Los Angeles, CA 90071
(213) 488 – 6555
(213) 488 – 6554 facsimile
lwlee@diversitylaw.com

ERIC S. HONIG, Esq. (State Bar No. 140765)
**LAW OFFICES OF ERIC HONIG**
P.O. Box 10327
Marina Del Rey, California 90295
Telephone:  (310) 314-2603
Facsimile:  (509) 561-6441
erichonig@aol.com

**STIPULATION**

Pursuant to Civil Local Rule 7-12, Plaintiff Nicole Villegas ("Plaintiff") and Defendants JPMorgan Chase Bank, N.A., J.P. Morgan Chase & Co., and Chase Bank USA, N.A. (collectively "Defendants"), by and through their respective counsel of record named herein, hereby have met and conferred regarding Plaintiff seeking to file a Third Amended Complaint and stipulate and agree as follows:

**WHEREAS**, pursuant to the current Order on deadlines in this action entered by the Court on December 13, 2010, the deadline to amend pleadings is May 5, 2011.

**WHEREAS**, the Defendants and Plaintiff hereby stipulate to Plaintiff's filing of the Third Amended Complaint attached hereto as Exhibit "A."

**WHEREAS**, each Defendant shall have twenty (20) days from the date the Third Amended Complaint is filed to file its responsive pleading thereto.

**SO STIPULATED**

Respectfully Submitted,

DATED: December 21, 2010   LAW OFFICES OF PETER M. HART

By  /s/
Peter M. Hart
Attorney for Plaintiff and the class

DATED: December 21, 2010   MORGAN, LEWIS & BOCKIUS LLP

By  /s/
Carrie A. Gonell
Attorneys for Defendants JPMorgan Chase & Co.,
JPMorgan Chase Bank, N.A., and Chase Bank Usa, N.A.

- 3 -
**JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**
CV 09-00261 SBA(EMC)

## ORDER

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE,

1. Plaintiff Nicole Villegas is granted leave to file her Third Amended Complaint, attached as Exhibit "A" to the Stipulation;  Plaintiff shall file her Third Amended Complaint **by no later than ten (10) days from the date this Order is filed**;

2. Each Defendant shall have twenty (20) days from the date the Third Amended Complaint is filed to file its responsive pleading thereto.

IT IS SO ORDERED.

Date:  _1/3/11                                                   _____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Saundra B. Armstrong
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge