CARRIE A. GONELL, State Bar No. 257163
MORGAN, LEWIS & BOCKIUS LLP
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
E-mail: cgonell@morganlewis.com

LAUREN S. KIM, State Bar No. 210572
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone:   415.442.1000
Facsimile:    415.442.1001
E-mail:       lkim@morganlewis.com

Attorneys for Defendants,
JPMORGAN CHASE & CO., JPMORGAN CHASE
BANK N.A., and CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE VILLEGAS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; J.P. MORGAN CHASE BANK, N.A., a national association; CHASE BANK USA, N.A., a national association; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 09-00261 SBA (EMC)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL SELECTED EVIDENCE PURSUANT TO CIVIL L.R. 7-11 AND 79-5** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22180802.1

[PROPOSED] ORDER GRANTING ADMIN. MOTION
TO FILE UNDER SEAL
CASE NO. CV 09-00261 SBA (EMC)

# **ORDER**

Upon good cause shown, IT IS HEREBY ORDERED that Plaintiff's Administrative Motion to File Under Seal Selected Evidence is GRANTED as follows:

Un-redacted version of Plaintiff's Notice of Motion and Motion for Class Certification; Exhibits A through O to the Declaration of Melissa M. Coyle in support of Plaintiff's Motion for Class Certification; and un-redacted version of the Declaration of Melissa M. Coyle in Support of Plaintiff's Motion for Class Certification, identified by Plaintiff as sealable in the documents lodged with the Clerk in sealed envelopes labeled "DOCUMENT SUBMITTED UNDER SEAL" in connection with her Motion for Class Certification SHALL be filed UNDER SEAL by the Clerk.

**IT IS SO ORDERED**.

Dated: 2/1/11

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/22180802.1

1

[PROPOSED] ORDER GRANTING ADMIN.
MOTION TO FILE UNDER SEAL
CASE NO. CV 09-00261 SBA (EMC)