| | |
|---|---|
| 1 | CARRIE A. GONELL (State Bar No. 257163)<br>MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 5 Park Plaza, Suite 1750<br>Irvine, California 92614 |
| 3 | Telephone: (949) 399-7000<br>Facsimile: (949) 399-7001 |
| 4 | cgonell@morganlewis.com |
| 5 | LAUREN S. KIM (State Bar No. 210572)<br>MORGAN, LEWIS & BOCKIUS LLP |
| 6 | 2 Palo Alto Square<br>3000 El Camino Real, Suite 700 |
| 7 | Palo Alto, California 94306<br>Telephone: (650) 843-4000 |
| 8 | Facsimile: (650) 843-4001<br>lkim@morganlewis.com |
| 9 | |
| 10 | Attorneys for Defendants<br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, |
| 11 | N.A., and CHASE BANK USA, N.A. |
| 12 | PETER M. HART, (State Bar No. 198691)<br>**LAW OFFICES OF PETER M. HART** |
| 13 | One Wilshire Blvd, Suite 2200<br>Los Angeles, California 90017 |
| 14 | Telephone: (310) 478-5789<br>Facsimile: (509) 561-6441 |
| 15 | hartpeter@msn.com |
| 16 | Attorney for Plaintiff Nicole Villegas<br>(Additional Plaintiff's Counsel Listed on Following Page) |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE VILLEGAS, as an individual and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>     vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; JPMORGAN CHASE BANK, N.A., a national association; CHASE BANK USA, N.A., a national association; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No.: CV 09-00261 SBA(EMC)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING REMOVAL FROM THE COURT'S ADR PROGRAM AND REFERRAL TO PRIVATE MEDIATION** |

- 1 -
JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING REMOVAL FROM THE
COURT'S ADR PROGRAM AND REFERRAL TO PRIVATE MEDIATION
CV 09-00261 SBA(EMC)

**ADDITIONAL PLAINTIFF'S COUNSEL**

KENNETH H. YOON (State Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE (State Bar. No. 228175)
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street, Suite 1370
Los Angeles, CA 90071
(213) 488 – 6555
(213) 488 – 6554 facsimile
lwlee@diversitylaw.com

ERIC S. HONIG, Esq. (State Bar No. 140765)
**LAW OFFICES OF ERIC HONIG**
P.O. Box 10327
Marina Del Rey, California 90295
Telephone: (310) 314-2603
Facsimile: (509) 561-6441
erichonig@aol.com

**STIPULATION**

Pursuant to Civil Local Rule 7-12, Plaintiff Nicole Villegas ("Plaintiff") and Defendants JPMorgan Chase Bank, N.A., J.P. Morgan Chase & Co., and Chase Bank USA, N.A. (collectively "Defendants"), by and through their respective counsel of record named herein, hereby stipulate and agree as follows:

**WHEREAS**, the Parties are currently participating in the Court's ADR Program;

**WHEREAS**, the Parties have recently arranged for a mediation session with private mediator Michael Dickstein on February 15, 2011;

**WHEREAS**, the Parties hereby stipulate to removal of this case from the ADR Program, and jointly request that the Parties be referred to private mediation.

**SO STIPULATED.**

Respectfully Submitted,

DATED: January 18, 2011          LAW OFFICES OF PETER M. HART

By   /s/
     Peter M. Hart
Attorney for Plaintiff and the class

DATED: January 18, 2011          MORGAN, LEWIS & BOCKIUS LLP

By   /s/
     Carrie A. Gonell
Attorneys for Defendants JPMorgan Chase & Co.,
JPMorgan Chase Bank, N.A., and Chase Bank Usa, N.A.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 4/18/11                    _Saundra B. Armstrong_
                                 The Hon. Saundra B. Armstrong
                                 United States District Judge