PETER M. HART, Esq. (State Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

KENNETH H. YOON (State Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE (State Bar. No. 228175)
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street, Suite 1370
Los Angeles, CA 90071
(213) 488 – 6555
(213) 488 – 6554 facsimile
lwlee@diversitylaw.com

ERIC S. HONIG, Esq. (State Bar No. 140765)
**LAW OFFICES OF ERIC HONIG**
P.O. Box 10327
Marina Del Rey, California 90295
Telephone:  (310) 314-2603
Facsimile:  (509) 561-6441
erichonig@aol.com

Attorneys for Plaintiff Nicole Villegas

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE VILLEGAS, as an individual and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>    vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; JPMORGAN CHASE BANK, N.A., a national association; CHASE BANK USA, N.A., a national association; and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No.:  CV 09-00261 SBA(EMC)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE** |

- 1 –

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE**
CV 09-00261 SBA(EMC)

**ORDER**

Pursuant to stipulation of the Parties, IT IS HEREBY ORDERED AS FOLLOWS:

All discovery, except for expert discovery, shall be completed and all depositions taken on or before September 6, 2011.  The parties are responsible for scheduling discovery so that motions to resolve discovery disputes can be heard before the above discovery cut-off.

All other scheduled dates and orders found in this Court's December 13, 2010 Order are unchanged.

IT IS SO ORDERED.

DATED:  _4/19/11                                                                  _____
                                                                                     SAUNDRA BROWN ARMSTRONG
                                                                                     United States District Judge