CARRIE A. GONELL, State Bar No. 257163
MORGAN, LEWIS & BOCKIUS LLP
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
Email: cgonell@morganlewis.com

LAUREN S. KIM, State Bar No. 210572
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
Email: lkim@morganlewis.com

Attorney for Defendants
JPMORGAN CHASE & CO., JPMORGAN CHASE BANK,
N.A., and CHASE BANK USA, N.A.

PETER M. HART, State Bar No. 198691
**LAW OFFICES OF PETER M. HART**
One Wilshire Blvd, Suite 2200
Los Angeles, California 90017
Tel: 310.478-5789
Fax: 509.561.6441
Email: hartpeter@msn.com

  \*   Additional Plaintiff's Counsel Listed
       On Following Page

Attorneys for Plaintiff NICOLE VILLEGAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE VILLEGAS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; J.P. MORGAN CHASE BANK, N.A., a national association; CHASE BANK USA, N.A., a national association; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 09-00261 SBA<br><br>CLASS ACTION<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO SET STATUS CONFERENCE AND TO VACATE DATES**<br>Judge: Hon. Saundra Brown Armstrong<br>Room: 1, Fourth Floor<br>Complaint Filed: December 18, 2008 |

**ADDITIONAL PLAINTIFF'S COUNSEL**

ERIC HONIG (State Bar No. 140765)
**LAW OFFICE OF ERIC HONIG**
P.O. Box 10327
Marina del Rey, California 90295
Telephone:  (310) 314-2603
Facsimile:  (310) 314-2793
erichonig@aol.com

KENNETH H. YOON State Bar No. 198443
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE State Bar No. 228175
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street
Citigroup Center • Suite 1370
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile
lwlee@diversitylaw.com

Attorneys for Plaintiff
NICOLE VILLEGAS

1

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO SET STATUS CONFERENCE AND TO VACATE CLASS CERTFICATION HEARING DATE
CASE NO.  CV 09-00261 SBA MEDIATION DEADLINE
CASE NO.  CV 09-00261 SBA

Plaintiff Nicole Villegas ("Plaintiff") and Defendants JPMorgan Chase Bank, N.A., JPMorgan Chase & Co., Chase Bank USA, N.A. (collectively, "Defendants"), by and through their respective counsel of record named herein, hereby provide notice of the class-wide settlement reached in this case and stipulate as follows:

WHEREAS, Plaintiff and Defendants have reached a class-wide settlement of this matter;

WHEREAS, Plaintiff and Defendants through their respective counsel of record have executed a Memorandum of Understanding as to the class-wide settlement terms;

WHEREAS, Plaintiff and Defendants will be submitting a formal class settlement agreement to this Court for preliminary approval;

WHEREAS, Plaintiff has previously filed her Motion for Class Certification, currently set to be heard by this Court on June 28, 2011 at 1:00 p.m.;

THEREFORE, in light of the Memorandum of Understanding reached in this case, Plaintiff and Defendants, through their undersigned respective counsel, stipulate and request that the Court hereby order as follows:

1. That Plaintiff's Motion for Class Certification, currently set for hearing on June 28, 2011 at 1:00 p.m. be vacated, as well as all other hearing dates, cut-off dates, and trial dates; and

2. In its place, a Status Conference be set for June 28, 2011 at 1:00 p.m., or on June 30, 2011, or on another available date in order to allow Plaintiff, Defendants, and this Court to discuss a schedule for Plaintiff's anticipated Motion for Preliminary Approval of the Class Action Settlement.

IT IS SO STIPULATED.

2

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO SET STATUS CONFERENCE AND TO VACATE CLASS CERTFICATION HEARING DATE
CASE NO. CV 09-00261 SBA MEDIATION DEADLINE
CASE NO. CV 09-00261 SBA

Dated: June 3, 2011                               Respectfully Submitted,

                                                  MORGAN, LEWIS & BOCKIUS LLP


                                                  By  /s/
                                                  Carrie A. Gonell
                                                  Attorneys for Defendants
                                                  JPMORGAN CHASE & CO., JPMORGAN
                                                  CHASE BANK, N.A., AND CHASE
                                                  BANK USA, N.A.

Dated: June 3, 2011                               Respectfully Submitted,

                                                  LAW OFFICES OF PETER M. HART


                                                  By  /s/
                                                  Peter M. Hart
                                                  Attorneys for Plaintiff
                                                  NICOLE VILLEGAS

## **ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Class Certification, currently set for hearing on June 28, 2011 at 1:00 p.m. is hereby vacated, as well as all other hearing dates, cut-off dates, and trial dates; and

2. A Status Conference is hereby set for the next available date of July 14, 2011 at 3:00 p.m. in order for Plaintiff, Defendants, and this Court to discuss a schedule for Plaintiff's anticipated Motion for Preliminary Approval of the Class Action Settlement. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. The joint statement shall be filed no later than ten (10) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of

3

JOINT NOTICE OF SETTLEMENT AND
STIPULATION TO SET STATUS
CONFERENCE AND TO VACATE CLASS
CERTFICATION HEARING DATE
CASE NO.  CV 09-00261 SBA MEDIATION
DEADLINE
CASE NO.  CV 09-00261 SBA

California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Date:  6/13/11

*[signature]*
The Honorable Saundra B. Armstrong
United States District Judge

4

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO SET STATUS CONFERENCE AND TO VACATE CLASS CERTFICATION HEARING DATE
CASE NO.  CV 09-00261 SBA MEDIATION DEADLINE
CASE NO.  CV 09-00261 SBA