UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NICOLE VILLEGAS, et al., | Case No: C 09-00261 SBA |
| Plaintiffs, | **ORDER** |
| vs. | Docket 151 |
| J.P. MORGAN CHASE & CO., et al., | |
| Defendants. | |

A hearing on the parties' motion for preliminary approval of settlement has been set for November 15, 2011 at 1:00 p.m. IT IS HEREBY ORDERED that any opening brief of no more than fifteen (15) pages and/or any other relevant documents shall be filed by no later than September 27, 2011; any opposing or responsive briefs of no more than fifteen (15) pages and/or other relevant documents shall be filed by no later than October 11, 2011; and any reply brief of no more than ten (10) pages and/or other relevant documents filed by no later than October 25, 2011.

IT IS SO ORDERED.

Dated: September 1, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge