PETER M. HART, Esq. (State Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
12121 Wilshire Blvd., Ste. 205
Los Angeles, California 90025
Tel.:   (310) 207-0109
Fax.:  (509) 561 - 6441
hartpeter@msn.com

KENNETH H. YOON (State Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE (State Bar. No. 228175)
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street, Suite 1370
Los Angeles, CA 90071
(213) 488 – 6555
(213) 488 – 6554 facsimile
lwlee@diversitylaw.com

ERIC S. HONIG, Esq. (State Bar No. 140765)
**LAW OFFICES OF ERIC HONIG**
P.O. Box 10327
Marina Del Rey, California 90295
Telephone: (310) 314-2603
Facsimile: (509) 561-6441
erichonig@aol.com

Attorneys for Plaintiff Nicole Villegas

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE VILLEGAS, as an individual and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; JPMORGAN CHASE BANK, N.A., a national association; CHASE BANK USA, N.A., a national association; and DOES | Case No.:  CV 09-00261 SBA<br><br>**STIPULATION AND  ORDER TO EXTEND BRIEFING SCHEULE RE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEULE RE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT (CASE NO. CV 09-00261 SBA)

<a>

1  1 through 50, inclusive,

2      Defendants.

3

4      Pursuant to Civil Local Rules 7-12 and 16-2, it is hereby stipulated, by and between

5  NICOLE VILLEGAS ("Plaintiff") and JPMorgan Chase Bank, N.A., JPMorgan Chase & Co.,

6  Chase Bank USA, N.A. (collectively, "Defendants")[1] (collectively the "Parties"), through their

7  respective undersigned counsel, as follows:

8      WHEREAS, on June 3, 2011, Plaintiff filed a Joint Notice of Settlement and Stipulation

9  to Set Status Conference and to Vacate Dates with Proposed Order;

10      WHEREAS, the Parties executed a memorandum of understanding containing settlement

11  terms for Plaintiff's individual and class action claims;

12      WHEREAS, on July 5, 2011, the Parties filed a Joint Case Management Statement, and

13  requested a hearing date on the Motion for Preliminary Approval of Class Action Settlement

14  ("Motion") on November 8, 2011, at 1:00 p.m.;

15      WHEREAS, on July 15, 2011, the Court set a hearing on the parties' motion for

16  preliminary approval of settlement for November 15, 2011, at 1:00 p.m.

17      WHEREAS, on September 1, 2011, the Court ordered that any opening brief of no more

18  than fifteen (15) pages and/or any other relevant documents shall be filed by no later than

19  September 27, 2011; any opposing or responsive briefs of no more than fifteen (15) pages and/or

20  other relevant documents shall be filed by no later than October 11, 2011; and any reply brief of

21  no more than ten (10) pages and/or other relevant documents filed by no later than October 25,

22  2011.

23      WHEREAS, Plaintiff received additional data the week ending September 23, 2011, and

24  is thus still in the process of reviewing this data;

25      WHEREAS, the Parties require additional time to finalize the long-form class action

26  Settlement Agreement;

27
28
---
[1] Defendants reserve all defenses with respect to Plaintiff's improper naming of "J.P. Morgan Chase & Co." and "Chase Bank, USA, N.A." as Defendants in this action.

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEULE RE MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT (CASE NO. CV 09-00261 SBA)

1 WHEREAS, as a result of the above, Plaintiff does not anticipate that she will be able to file the Opening Brief until October 18, 2011.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the Opening Brief for Preliminary Approval of Class Action Settlement will be filed on or before October 18, 2011, any responses will be filed by October 25, 2011, and any replies by November 1, 2011.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the hearing date on the Motion for Preliminary Approval of Class Action Settlement shall remain as scheduled for November 15, 2011.

IT IS SO STIPULATED.

DATED: September 26, 2011                MORGAN, LEWIS & BOCKIUS LLP
                                         By: _____/s/_____
                                               Carrie A. Gonell
                                         Attorneys for Defendants JPMorgan Chase & Co.,
                                         JPMorgan Chase Bank, N.A., and Chase Bank
                                         USA, N.A.

DATED: September 26, 2011                LAW OFFICES OF PETER M. HART


                                         By: _____/s/_____
                                               Peter M. Hart

                                         Attorney for Plaintiff
                                         NICOLE VILLEGAS

3
STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEULE RE MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT (CASE NO. CV 09-00261 SBA)

## ORDER

The Parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

1. The Opening Brief for Preliminary Approval of Class Action Settlement will be filed on or before October 18, 2011, any responses will be filed by October 25, 2011, and any replies by November 1, 2011.

2. The hearing on the Motion for Preliminary Approval of Class Action Settlement shall remain as scheduled for November 15, 2011 at 1:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:   10/3/11

*Saundra B. Armstrong*
The Honorable Saundra Brown Armstrong
Judge of the United States District Court