UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NICOLE VILLEGAS, as an individual and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; J.P. MORGAN CHASE BANK, N.A., a national association; CHASE BANK USA, N.A., a national association; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No:  C 09-00261 SBA<br><br>**ORDER CONTINUING FAIRNESS HEARING** |

Due to the unavailability of the Court, IT IS HEREBY ORDERED THAT the Fairness Hearing currently scheduled for March 12, 2013 at 1:00 p.m. is CONTINUED to **April 9, 2013 at 1:00 p.m.** Plaintiff's motion for final approval of class action settlement and motion for approval of attorneys' fees and costs, and class representative enhancement will be heard on April 9, 2013 at 1:00 p.m.

IT IS SO ORDERED.

Dated: 2/26/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge