UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NICOLE VILLEGAS, as an individual and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; J.P. MORGAN CHASE BANK, N.A., a national association; CHASE BANK USA, N.A., a national association; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No: C 09-00261 SBA<br><br>**ORDER CONTINUING FAIRNESS HEARING** |

IT IS HEREBY ORDERED THAT the Fairness Hearing currently scheduled for April 9, 2013 at 1:00 p.m. is CONTINUED to **May 16, 2013 at 1:00 p.m.**

IT IS SO ORDERED.

Dated: 3/13/13

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge